# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

160200

BRENDA WHITE,
              Plaintiff-Appellant,

v

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL and DR. GARY DOCKS,
              Defendants-Appellees.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160200
COA: 348552
Macomb CC: 12-002017-NH

On order of the Court, the application for leave to appeal the July 31, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020

Clerk

a1216